VITO PADOVANO, Plaintiff, v. DAMPSKIBSSELSKABET TORM, A/S, Defendant and Third-Party Plaintiff-Appellant. McALLISTER BROS., INC., Defendant-Respondent, et al., Defendant, et al., Third-Party Defendant.—

Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.